UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: James Richard Koch
Chapter 7 Case No. 09-34653

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022 | 4 | 84.59 | 2.10 |
| ATT Mobility LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 9 | 170.34 | 4.23 |
| Total | | | 6.33 |

Date: March 10, 2011

_____
Trustee

RECEIVED 11 MAR 17 AM 10: 05 U.S. BANKRUPTCY COURT ST. PAUL, MN